IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. **1:23-cr-020-H** |
| TERRELL CHARLES FRYAR (01)<br>FRANKIE RUBIO JR. (02) | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Distribute and Possess with Intent to Distribute
50 Grams or More of Methamphetamine (Actual)
(Violation of 21 U.S.C. § 846)

From on or about a date unknown to the grand jury and continuing through on or about the date of this indictment, in the Abilene Division of the Northern District of Texas, and elsewhere, **Terrell Charles Fryar** and **Frankie Rubio Jr.**, defendants, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**Fryar, et. al.**
**Indictment – Page 1**

Count Two
Possession with Intent to Distribute
50 Grams or More of Methamphetamine (Actual)
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii))

On or about September 17, 2022, in the Abilene Division of the Northern District of Texas, and elsewhere, **Terrell Charles Fryar,** defendant, did intentionally and knowingly possess with intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## Count Three
### Possession with Intent to Distribute
### 50 Grams or More of Methamphetamine (Actual)
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii))

On or about September 20, 2022, in the Abilene Division of the Northern District of Texas, and elsewhere, **Frankie Rubio Jr.**, defendant, did intentionally and knowingly possess with intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## Count Four
### Possession with Intent to Distribute
### 50 Grams or More of Methamphetamine (Actual)
### (Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii))

On or about October 20, 2022, in the Abilene Division of the Northern District of Texas, and elsewhere, **Terrell Charles Fryar,** defendant, did intentionally and knowingly possess with intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
MATTHEW L. TUSING
Assistant United States Attorney
Indiana Bar No. 29526-49
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6702
Email: Matt.Tusing@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

TERRELL CHARLES FRYAR (01)
FRANKIE RUBIO JR. (02)

| | |
|---|---|
| <u>COUNT 1:</u> | CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS AND MORE OF METHAMPHETAMINE (ACTUAL)<br>Title 21, United States Code, Section 846. |
| <u>COUNTS 2-4:</u> | POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS AND MORE OF METHAMPHETAMINE (ACTUAL)<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii). |

(4 COUNTS)

A true bill rendered:
<u>Lubbock</u>                                          _____ Foreperson
Filed in open court this the 10th day of May 2023.

_____ Clerk
ARREST WARRANTS TO ISSUE FOR DEFENDANTS

_____
UNITED STATES MAGISTRATE JUDGE

Fryar, et. al.
**Indictment – Page 6**