# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § |
| v. | CASE NO. 1:23-CR-00020-H-BU |
| TERRELL CHARLES FRYAR (1) | |

## ORDER

It is ORDERED that Arraignment and Detention Hearings on the Indictment filed on May 10, 2023, will be held on **Thursday, June 29, 2023, at 1:30 p.m.**, in the courtroom of the United States Courthouse, 2nd Floor, Room 2000, 341 Pine Street, Abilene, Texas before United States Magistrate D. Gordon Bryant, Jr.

Pending the hearing(s), the Defendant shall be held in custody by the United States Marshal and produced for the hearing(s).

The Clerk will furnish a copy of this Order to each of attorney of record.

DATED: 22nd day of June, 2023.

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE