IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § |
| v. | |
| TERRELL CHARLES FRYAR (1) | |

CASE NO. 1:23-CR-00020-H-BU

### ORDER ON MOTION FOR CONTINUANCE

Upon motion of the Defendant, TERRELL CHARLES FRYAR (1) requested the Court to grant a continuance of Arraignment and Detention Hearings set for June 29, 2023, at 1:30 p.m. The Court having reviewed the facts and legal issues surrounding said motion, this Court hereby GRANTS said motion. Arraignment and Detention Hearings in this case shall be reset for **Thursday, July 6, 2023, at 1:30 p.m.**, in the courtroom of the United States Courthouse, 2nd Floor, Room 2000, 341 Pine Street, Abilene, Texas before Unites States Magistrate John R. Parker.

So ordered.

DATED: 29th day of June, 2023.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE